# United States District Court

DISTRICT OF NEBRASKA
PROBATION OFFICE

**MARY LEE RANHEIM**
CHIEF PROBATION OFFICER

**KIT LEMON**
DEPUTY CHIEF PROBATION OFFICER



111 SOUTH 18th PLAZA, SUITE C79
OMAHA, NE 68102-1312

(402) 661-7555
FAX (402) 661-7550

April 17, 2013

The Honorable Laurie Smith Camp
Chief U.S. District Judge
111 South 18th Plaza, Suite 3210
Omaha, NE 68102-3210

        RE:    **GOTTSCH, Nicole**
                  **Dkt. No. 8:10CR196**
                  **Request to Terminate Supervision with**
                  **an Outstanding Condition**

Dear Judge Smith Camp:

On June 20, 2008, Nicole Gottsch was sentenced to 5 years probation in the Northern District of Illinois for violation of 18 U.S.C.1029(b)(2); Conspiracy to Traffic in Device-Making Equipment and Use Unauthorized Access Devices. The Transfer of Jurisdiction to the District of Nebraska was completed on June 1, 2010. Ms. Gottsch's supervision commenced on June 20, 2008, and is scheduled to expire on June 19, 2013.

Among the terms and conditions imposed, Ms. Gottsch was ordered to pay $12,098.93 in restitution. To date Ms. Gottsch has paid $7,726.00, leaving a balance of $4,372.93. Ms. Gottsch has complied with the conditions of supervision, maintained gainful employment, and has made a good faith effort to fulfill this financial obligation. The Financial Litigation Unit of the U.S. Attorney's Office has been contacted and will work with Ms. Gottsch to maintain her scheduled payments when her supervision expires.

It is the position of this office that further supervision is not necessary. It is respectfully recommend that the Court allow Ms. Gottsch's probation expire as scheduled. If this does not meet with the Court's approval, please notify the undersigned officer.

Submitted by:

*Amber M. Prusa*

Amber M. Prusa
U.S. Probation Officer Assistant

Reviewed and Approved by:

*Douglas D. Steensma*

Douglas D. Steensma
Supervising U.S. Probation Officer

Offender Name: Nicole Gottsch  
Docket Number: 8:10CR196

April 17, 2013  
Page 2 of 2

☒ Approved  
☐ No action shall be taken  
☐ The following action shall be taken:

_____  
The Honorable Laurie Smith Camp  
Chief U.S. District Judge

4/17/13  
Date